UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Greeneville.



FEB 28 2018

Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

__William_Barwick__Potter____

Name of plaintiff

v.

__Takoma__Regional__Hospital_

Name of defendant

Case No. 2:18-cv-23

Mattice/Corker

## COMPLAINT

1. Grounds for filing this case in federal court.

__TN Code 16-15-501 Allows this Court General Jurdiction.__

__This Case is Filed under T.C.A Code 29-26-121 Also known as Medical Malpractice.__

2. Plaintiff, ___William__Barwick___Potter_____ resides at
_510 Park Lane_____, _____Greeneville_____
street address                           city

__USA_, _____TN_, _37743_____, __1-616-606-0668_____.
county     state      zip code       telephone number

3. Defendant, __Takoma Regional Hospital_____ lives at, or its business is located at

___401 Takoma Avenue_____, ____Greeneville_____,
    street address                                              city
___USA_____, ____TN_____, __37743_____.

4. Statement of claim :

William B. Potter (Mr. Potter) is/was a patient of Joshua Mosley (Dr. Mosley). Dr. Mosley failed to exercise reasonable medical care including but not limited to Misreading Lab/Test Results, Unnecessary Medications, Unnecessary Cost, Lost Wages/Job, Emotional Distress, Improper Medications, Pain and Suffering, and Misdiagnoses. Dr. Mosley diagnosed Mr.Potter with Atrial Fibrillation (AFIB) based on one test an Holter Heart Monitor. Dr. Mosley also prescribed Diltiazem ER 120 MG, Xarelto 20 MG. Dr. Mosley also put Mr.Potter off of work due to said illness but was not recorded in Dr. Mosley Notes. Dr. Mosley also referred Mr. Potter to Umashankar Lakshmanadoss, MD (Dr. Laks). On Mr. Potter's first visit with Dr. Laks there was no records sent to Dr. Laks office about reasons for visiting Dr. Laks Office. Dr. Laks and Mr. Potter agreed to run another Holster Heart Test as getting test results from Dr. Mosly office would be hard. In January 2018 Mr. Potter followed up with Dr. Laks about the Holster Heart Test that was ran and Dr Laks confirmed that Mr. Potter did not suffer from AFIB and no surgery is needed. Dr. Laks also requested Mr. Potter to stop taking Diltiazem ER 120 MG Capsules as well as Xarelto 20 MG Tablets. Mr. Potter Followed Dr. Mosley's Advice and believed he suffered from AFIB and may need surgery and sought no further medical advice other than requested by Dr. Mosley. Dr. Laks Stated that Mr. Potter Suffered from sensitivity of the heart pounding to MR. Potter's recall. Due to Dr. Mosley's unreasonable medical care to Mr. Potter the unnecessary medications could have had dire side effects including but not limited to death due to age and health.

5. A demand for judgment for the relief you seek (list what you want the Court to do):

   a. Mr. Potter Seeks a settlement of the amount of $ 750,00

   b. Mr. Potter Also Request to District Court of Greeneville to Double Damages

   c.

   d.

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this 28th day of FeB, 20 18.

W. Potter

510 Park Lane

Greeneville TN 37743

Signature of plaintiff

3