UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | |
|---|---|
| WILLIAM BARWICK POTTER, | ) |
| *Plaintiff,* | ) |
| v. | ) Case No. 2:18-cv-23 |
| | ) Judge Mattice |
| TAKOMA REGIONAL HOSPITAL, | ) |
| | ) Magistrate Judge Corker |
| *Defendant.* | ) |

## **JUDGMENT**

This case came before the Court on Magistrate Judge Clifton L. Corker's Report and Recommendation. (Doc. 4). The Honorable Harry S. Mattice, Jr., United States District Judge, having found plaintiff William Barwick Potter's Complaint fails to state a claim capable of relief,

It is **ORDERED AND ADJUDGED** that this action be, and hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at *Chattanooga, Tennessee*, this 30th day of July, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ John L. Medaris*
　　　　　　　　　　　　　　　　　　　　　　　　John L. Medearis
　　　　　　　　　　　　　　　　　　　　　　　　CLERK OF COURT